People of the State of Illinois, Plaintiff-Appellee, v. Willie Waller, Otherwise Called William White, Defendant-Appellant.

Gen. No. 50,983.

First District, Second Division.

June 27, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James N. Gramenos and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS, Not to be published in full.